

Attorneys admitted in
California, New York,
Texas, Illinois, and
Colorado

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

July 15, 2025

**Time to respond to the Complaint extended to September 1, 2025. Initial conference adjourned from July 19, 2025 to September 19, 2025 at 10:00 a.m. Call-In: 855-244-8681; Access Code: 2305 810 3970#. SO ORDERED.**
**Dated: 7/15/2025**

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

**DELIVERED VIA ECF**
Honorable P. Kevin Castel
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Case Title:    ***Dana Ruth Lixenberg v. Revolt Media Group, LLC; et al,***
                         **Case No. 1:25-cv-04153-PKC**
    Re:            **Request to Adjourn Conference**

Your Honor:

    This office represents the Plaintiff, Dana Ruth Lixenberg, in the above referenced matter. We write to respectfully request that the Initial Pretrial Conference in this matter, currently scheduled for July 29, 2025, at 3:00 pm (Dkt. No. 8) be adjourned until September 5, 2025[a], or a date thereafter convenient to the Court.

    Good cause exists for this request. Defendants' deadline to respond to Plaintiff's complaint in this matter is not until September 1, 2025, following an agreement between Plaintiff and Defendants resulting in the filing of waivers of service as to Defendants. The IPTC as currently scheduled would thus occur far before Defendants' response has been filed.

    In light of the foregoing, Plaintiff requests that the initial pretrial conference be adjourned until after Defendants' response is due, to September 5, 2025, or a date thereafter convenient to the Court. This is Plaintiff's first request of this nature. Defendants consent to this request. We thank Your Honor for your attention to this matter.

                         Respectfully submitted,

                By:    */s/ David M.S. Jenkins*
                         David M.S. Jenkins
                         DONIGER / BURROUGHS
                         For the Plaintiff

**SO ORDERED.**

Date: _____, 2025                         _____
                                           Hon. P. Kevin Castel
                                           United States District Judge

---

[a] Plaintiff previously filed a letter requesting that this conference be adjourned to August 5, 2025. This was inadvertent, and the agreed upon date between Plaintiff and counsel for the request is September 5, 2025.